R. E. Snoberger, Appellant, v. Binkley Coal Company et al., Appellees.

Gen. No. 42,072.

Heard in first division, first dis-

trict, this court at December term, 1941; opinion filed July 1, 1942. Floyd Lanham, for appellant; Chapman & Cutler, for appellee Helen C. Hanson; Dayton Ogden, of counsel. Opinion by JUSTICE O'CONNOR. ''Not to be published in full.''